UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC RODNEY HILL,

                Plaintiff,

    -against-

WARDEN ERIC RICKARD, FCI OTISVILLE; ET AL.,

              Defendants.

26 CIVIL 00901 (KMW)

CIVIL JUDGMENT

    For the reasons stated in the May 5, 2026, order, Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise its supplemental jurisdiction of any state law claims Plaintiff may be asserting.

    SO ORDERED.

Dated:   May 8, 2026
          New York, New York

                          /s/ Kimba M. Wood
                           KIMBA M. WOOD
                    United States District Judge